IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-00531

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COMPLAINT FOR FORFEITURE ) *IN REM* |
| 8,500,000.00 USDT VIRTUAL CURRENCY, | ) ) ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(l)(C) providing for the forfeiture of property which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity" as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1) or a conspiracy to commit such offense, including violations of 18 U.S.C. § 1343 (Wire Fraud); as well as 18 U.S.C. § 981(a)(l)(A) providing for the forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 (Money Laundering), or any property traceable to such property.

2. This Court has subject matter jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a). The Court has *in rem* jurisdiction

1

by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. §§ 1355(b)(1)(A) and/or 1395.

3. The defendant is 8,500,000.00 USDT virtual currency.

4. The defendant was seized from the following unhosted Tether cryptocurrency wallet and brought into government custody pursuant to a federal seizure warrant on December 9, 2024:

| Seized Wallet Addresses | Amount Received (USDT) |
|---|---|
| a. TSprrA1QUawro9xkQ9UFG3Bb2VwxgvJVvE | 8,500,000.00 |

Custody of the defendant is currently located in a single unhosted wallet controlled by the United States Marshals Service, within the jurisdiction of this Court.

5. The potential claimants in this action are the owner(s) of cryptocurrency wallet - TSprrA1QUawro9xkQ9UFG3Bb2VwxgvJVvE.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit A, Declaration of David Harding, Special Agent with the Federal Bureau of Investigation, which is attached hereto and incorporated herein by reference. Such facts constitute probable cause for the seizure, arrest, and forfeiture of the defendant property and are sufficient to support a reasonable belief that the government will meet its burden of proof at trial that the defendant property should be forfeited.

7. The defendant is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(l)(A) and (C).

WHEREFORE, in accordance with Supplemental Rule G(3)(b)(i), the plaintiff requests that the Clerk issue a warrant of arrest *in rem* for the defendant; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 26th day of August, 2025.

        W. ELLIS BOYLE
        United States Attorney


        BY: */s/ Katherine A. King*
           KATHERINE A. KING
        Assistant United States Attorney
        Attorney for Plaintiff
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC  27601
        Telephone:  (919) 856-4530
        Facsimile:  (919) 856-4821
        E-mail: katie.king@usdoj.gov
        NC State Bar No. 44525

## VERIFICATION

I, David Harding, Special Agent of the Federal Bureau of Investigation (FBI), declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, the foregoing Complaint for Forfeiture is based on reports and information by or furnished to me and, to the best of my information and belief, is true and correct.

This the 15th day of August, 2025.

_[signature]_

David Harding
Special Agent
Federal Bureau of Investigation

4